## ROLANDO DORSEY,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90-C-11423; CA A66066)

804 P2d 1226

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause and filed the brief for appellant.

Carol J. Fredrick, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).